UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL E. SOLORIO, | Case No. 18-cv-03137-JST |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| ISABEL SOLORIO, et al., | Re: ECF No. 22 |
| Defendants. | |

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation to dismiss Plaintiff Manuel Solorio's complaint for lack of subject-matter jurisdiction and close the case. ECF No.22. The Court has also reviewed Plaintiff's objections to the report. ECF No. 25.

Despite Plaintiff's objections, the Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. The Court notes that Plaintiff was already granted leave to amend, but his amendments failed to correct the deficiencies in the complaint. *See* ECF Nos. 17, 19. Because it is clear that further amendment would be futile, this action is hereby dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: October 4, 2018

_____
JON S. TIGAR
United States District Judge